LOUIS BEUFAIT AND FRANÇOIS RIVARD *versus* ANTOINE DANDURANT. 

JOURNAL ENTRIES (1835): *Journal 5:* (1) Rule to make return to certiorari *p. 75.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) bond for certiorari.
*1824–36 Calendar*, MS p. 231.

 GEORGE A. O'KEEFFE *versus* CATHARINE SIMMONS, BATHSHEBA SIMMONS, LAVINA SIMMONS, ELLEN SIMMONS, JAMES SIMMONS, DAVID SIMMONS, LEVI COOK, AND EZRA DERBY. 

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Motion for decree pro confesso and for notice by publication *p. 76; (2) rule to plead, answer, or demur; copy of rule ordered published *p. 100; (3) rule to plead, answer, or demur; notice ordered published *p. 107; (4) motion for decree pro confesso and for reference to master *p. 128; (5) bill taken as confessed, referred to master *p. 131; (6) master's report confirmed, decree *p. 140.
PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) proof of publication of notice; (4) motion for decree pro confesso; (5) master's report of amount due; (6) decree signed by two of the judges; (7) precipe to adjourn sale; (8) deed of mortgage—Stephen G. Simmons to Henry S. Cole; (9) money bond—Stephen G. Simmons to Henry S. Cole; (10) deed of mortgage— Stephen G. Simmons to George A. O'Keeffe; (11) promissory note—Stephen G. Simmons to George A. O'Keeffe.
*Chancery Case* 179 of 1834.

 MERVIN WRIGHT *versus* ALEXANDER McARTHUR. 

JOURNAL ENTRIES (1835): *Journal 5:* (1) Rule to make return to certiorari *p. 80; (2) judgment reversed *p. 97.
PAPERS IN FILE: (1) Affidavit for certiorari and supersedeas, allocatur; (2) writ of certiorari and return; (3) assignment of errors; (4) motion for joinder in error.
*1824–36 Calendar*, MS p. 236.

 WILLIAM BROWN AND JOHN BIDDLE, EXECUTORS, ETC., OF JEREMIAH V. R. TEN EYCK, DECEASED, AND CONRAD TEN EYCK *versus* JOHN F. RUPLEY. 

JOURNAL ENTRIES (1835): *Journal 5:* (1) Motion for rule to plead, answer, or demur *p. 81; (2) rule to plead, answer, or demur *p. 82; (3) motion for decree pro confesso *p. 100; (4) bill taken as confessed, referred to master *p. 102; (5) master's report confirmed, decree *p. 105.
PAPERS IN FILE: [None]
*Chancery Case* .... of ....

 ALEXANDER H. STOWELL AND ANDREW B. CALHOUN *versus* DAVID CABLE. 

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Rule to plead, answer, or demur *p. 84; (2) bill dismissed *p. 138.
PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) motion for rule to plead, answer, or demur; (4) demurrer to bill of complaint.
*Chancery Case* 187 of 1834.